JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MY TACO GUY, LLC, | Case No. CV 17-1573 FMO (AJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TACO MAN CORP., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff My Taco Guy, LLC and against defendant My Taco Man Corporation.

2. Defendant Taco Man Corporation d.b.a. My Taco Man, d.b.a. My Taco Man Catering, its successors and assigns, agents, officers, servants, employees, and attorneys, and those persons or entities in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, are enjoined and permanently restrained from directly or indirectly:

    a. Imitating, copying, or using in any manner the MY TACO GUY marks, whether federally registered or otherwise, or any marks confusingly similar thereto, including

but not limited to the 'www.mytacoguycatering.com' and 'www.mytacoguy.com' websites; and

b. Using any false designation of origin or false description, or performing any act which is likely to lead members of the trade or public to believe that any product or service sold or offered by defendants is in any manner associated or connected with plaintiff's registered mark, or is licensed, sponsored, approved, or authorized by plaintiff, including, without limitation, any letters, symbols, or designs constituting the federally-registered MY TACO GUY trademark, the MY TACO GUY common law word trademark, and the MY TACO GUY common law logo, or any mark(s) confusingly similar thereto or performing any act that can, or is likely to lead members of the trade or public to believe that any services sold and/or provided by the Defaulting Defendants are, in any manner, associated or connected with Plaintiff or MY TACO GUY, or are sold, manufactured, licensed, sponsored, approved or authorized by plaintiff.

3. The action is dismissed without prejudice as to defendant Guzman.

4. Plaintiff shall serve defendant Taco Man Corporation with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 27th day of December, 2017.

/s/
Fernando M. Olguin
United States District Judge